# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

IN RE LETTER OF REQUEST    )
FROM ARGENTINA             )
IN THE MATTER OF          )    Misc. No. 08-
ETCHEGARAY               )

## APPLICATION FOR ORDER (28 U.S.C. 1782)

      The United States of America, by the undersigned, David L. Hall, Assistant United States Attorney for the District of Delaware, petitions this Court for an Order pursuant to Title 28, United States Code, Section 1782, in the form submitted, to facilitate the taking of testimony of witnesses residing within the jurisdiction of this Court, and other actions as requested by a letter of request issued by the Argentine authorities.

                    COLM F. CONNOLLY
                    United States Attorney

By: _____

                    David L. Hall
                    Assistant U.S. Attorney
                    1007 N. Orange Street
                    Wilmington, DE   19801
                    (302) 573-6277

Dated: 4 Feb 08